■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID SOLOMON, Also Known as DAVID McCALLA, Appellant.—Judgment, Supreme Court, New York County, rendered May 19, 1975, convicting defendant, upon a jury verdict, of two counts of robbery in the second degree, burglary in the second degree, and possession of a weapon as a felony, and sentencing him to concurrent terms of 5 to 10 years on the robbery and burglary counts, with a concurrent term of 2½ to 5 years on the possession count, unanimously modified, on the law, the conviction for possession of a weapon as a felony reversed, the sentence imposed thereon vacated, and that count of the indictment dismissed, and, as so modified, affirmed. Proof of guilt is

overwhelming and conclusive. Defendant's claims of errors at trial are without foundation. However, the conviction for possession of a weapon as a felony must be reversed as an inclusory concurrent count of robbery in the second degree, *People v Pyles* (44 AD2d 784). Concur—Lupiano, J. P., Capozzoli, Nunez and Markewich, JJ.